UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 5:26-cv-01774-MRA-DMK | | Date | April 15, 2026 |
|---|---|---|---|---|
| Title | *Muayad Omar Mohammad Agzghoul v. Mark Bowel et al.* | | | |

| Present: The Honorable | MONICA RAMIREZ ALMADANI, UNITED STATES DISTRICT JUDGE |
|---|---|

| Melissa H. Kunig | None Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:    (IN CHAMBERS) ORDER DENYING APPLICATION FOR TEMPORARY RESTRAINING ORDER [3]**

On April 10, 2026, Petitioner Muayad Omar Mohammad Agzghoul ("Petitioner") filed a Petition for Writ of Habeas Corpus, ECF 1, and an Application for Temporary Restraining Order ("TRO"), ECF 3.   Petitioner is currently detained by Immigration and Customs Enforcement ("ICE") and seeks a TRO (1) directing his immediate release from detention or, in the alternative, requiring Respondents to provide him a bond hearing within 7 days; (2) enjoining Respondents from transferring Petitioner outside the jurisdiction of this Court; and (3) ordering prompt medical evaluation and care.   ECF 3 at 1-2.

The Court issued General Order No. 26-05 to facilitate the expedited resolution of the influx of petitions for writs of habeas corpus filed by those in immigration detention.   ECF 7. Pursuant to Section 2 of the General Order, the Court set a briefing schedule for the Petition: Respondents' answer is due by April 17, 2026, and Petitioner's reply is due 3 calendar days later. *Id.*

In light of the expedited briefing schedule on the underlying habeas petition, the Court is not convinced that emergency relief is necessary, as any delay that may result from awarding Petitioner relief based on the habeas petition alone would be brief.   Consistent with Section 3 of the General Order, the Court will deny any renewed motion that fails to provide a specific showing that Petitioner will suffer "imminent, irreparable harm that cannot be addressed by the standard scheduling order or by expediting the briefing schedule."

Accordingly, Petitioner's TRO Application is **DENIED** without prejudice.   Proceedings on the merits of Petitioner's underlying Petition will continue before the Magistrate Judge.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 5:26-cv-01774-MRA-DMK | Date | April 15, 2026 |
|---|---|---|---|
| Title | *Muayad Omar Mohammad Agzghoul v. Mark Bowel et al.* | | |

**IT IS SO ORDERED.**

_____ : _____

Initials of Deputy Clerk          mku